Payslip: Hannah Leath: 09/22/2024 (US Regular) - Complete

09:01 AM
10/07/2024
Page 1 of 2

# Bank of America

Payslip-09_27_2024.pdf

## Company Information

| Name | Address | Phone |
|---|---|---|
| Bank of America, National Association | 100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202<br>United States of America | + (800) 556 6044 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Hannah Rana | 29504097 | 09/09/2024 | 09/22/2024 | 09/27/2024 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,843.80 | 652.33 | 301.04 | 8.65 | 2,881.78 |
| YTD | 78,538.77 | 13,029.72 | 13,606.72 | 1,156.74 | 50,745.59 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Accr Stock Div Equivalent | | | | | 50.45 |
| *Backup Care Adv | 09/09/2024 - 09/22/2024 | 0.00 | 0.00 | 218.00 | 6,104.00 |
| Bereavement | | | | | 1,070.64 |
| Child Care Plus | 09/09/2024 - 09/22/2024 | 0.00 | 0.00 | 275.00 | 6,050.00 |
| *Dependent Care Taxable | 09/09/2024 - 09/22/2024 | 0.00 | 0.00 | 493.00 | 7,154.00 |
| *GTL Imputed | 09/09/2024 - 09/22/2024 | 0.00 | 0.00 | 4.18 | 82.76 |
| Holiday | | | | | 2,821.44 |
| Occasional Illness | 09/09/2024 - 09/15/2024 | 8.00 | 44.61 | 356.88 | 1,784.40 |
| Occasional Illness | | | | | 345.68 |
| Regular Earnings | 09/09/2024 - 09/22/2024 | 72.00 | 44.61 | 3,211.92 | 62,598.08 |
| RS Unit Vesting | | | | | 1,395.20 |
| Vacation Pay | | | | | 2,419.76 |
| Well Rewards | | | | | 3.12 |
| | | | Total: | 4,558.98 | 91,879.53 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 222.71 | 4,355.36 |
| Medicare | 52.08 | 1,018.59 |
| Federal Withholding | 26.25 | 8,232.77 |
| Total: | 301.04 | 13,606.72 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D Insurance | 0.54 | 10.72 |
| Pre-tax 401(k) | 178.44 | 3,552.00 |

Case 24-33887-swe7    Doc 8    Filed 12/03/24    Entered 12/03/24 13:39:40    Desc Main
Document      Page 2 of 8

Payslip: Hannah Leath: 09/22/2024 (US Regular) - Complete

09:01 AM
10/07/2024
Page 2 of 2

**Bank of America**

| Description | Amount | YTD |
|---|---:|---:|
| Dental (Regular) | 55.07 | 1,101.40 |
| Health FSA | 117.31 | 2,346.20 |
| Medical (Regular) | 292.24 | 5,844.80 |
| Vision (Regular) | 8.73 | 174.60 |
| Total: | 652.33 | 13,029.72 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---:|---:|
| Child Life Insurance | 0.53 | 10.60 |
| GUOffsetWEL | | 2.20 |
| Pre-Paid Legal Plan (Regular) | 6.69 | 133.80 |
| RSU Vest Net | | 981.54 |
| Spouse/Partner Life Ins | 1.43 | 28.60 |
| Total: | 8.65 | 1,156.74 |

### Taxable Wages

| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 3,592.09 | 70,247.81 |
| Medicare - Taxable Wages | 3,592.09 | 70,247.81 |
| Federal Withholding - Taxable Wages | 3,413.65 | 66,695.81 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| US - Occasional Illness | 3.08 | 8.00 | 66.48 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| Bank of America | Hannah's Bank | ******6620 | 2,881.78 | USD |
| | | Total: | 2,881.78 | |

Payslip: Hannah Leath: 09/08/2024 (US Regular) - Complete

09:03 AM
10/07/2024
Page 1 of 2

# Bank of America

Payslip-09_13_2024.pdf

## Company Information

| Name | Address | Phone |
|---|---|---|
| Bank of America, National Association | 100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202<br>United States of America | + (800) 556 6044 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Hannah Rana | 29504097 | 08/26/2024 | 09/08/2024 | 09/13/2024 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,568.80 | 652.33 | 461.18 | 8.65 | 2,446.64 |
| YTD | 74,694.97 | 12,377.39 | 13,305.68 | 1,148.09 | 47,863.81 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Accr Stock Div Equivalent | | | | | 50.45 |
| *Backup Care Adv | 08/26/2024 - 09/08/2024 | 0.00 | 0.00 | 1,308.00 | 5,886.00 |
| Bereavement | | | | | 1,070.64 |
| Child Care Plus | | | | | 5,775.00 |
| *Dependent Care Taxable | 08/26/2024 - 09/08/2024 | 0.00 | 0.00 | 1,308.00 | 6,661.00 |
| *GTL Imputed | 08/26/2024 - 09/08/2024 | 0.00 | 0.00 | 4.18 | 78.58 |
| Holiday | 08/26/2024 - 09/08/2024 | 8.00 | 44.61 | 356.88 | 2,821.44 |
| Occasional Illness | | | | | 1,427.52 |
| Occasional Illness | | | | | 345.68 |
| Regular Earnings | 08/26/2024 - 09/08/2024 | 72.00 | 44.61 | 3,211.92 | 59,386.16 |
| RS Unit Vesting | | | | | 1,395.20 |
| Vacation Pay | | | | | 2,419.76 |
| Well Rewards | | | | | 3.12 |
| | | | Total: | 6,188.98 | 87,320.55 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 273.23 | 4,132.65 |
| Medicare | 63.90 | 966.51 |
| Federal Withholding | 124.05 | 8,206.52 |
| Total: | 461.18 | 13,305.68 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D Insurance | 0.54 | 10.18 |
| Pre-tax 401(k) | 178.44 | 3,373.56 |
| Dental (Regular) | 55.07 | 1,046.33 |

Payslip: Hannah Leath: 09/08/2024 (US Regular) - Complete

09:03 AM
10/07/2024
Page 2 of 2

# Bank of America

| Description | Amount | YTD |
|---|---:|---:|
| Health FSA | 117.31 | 2,228.89 |
| Medical (Regular) | 292.24 | 5,552.56 |
| Vision (Regular) | 8.73 | 165.87 |
| Total: | 652.33 | 12,377.39 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---:|---:|
| Child Life Insurance | 0.53 | 10.07 |
| GUOffsetWEL |  | 2.20 |
| Pre-Paid Legal Plan (Regular) | 6.69 | 127.11 |
| RSU Vest Net |  | 981.54 |
| Spouse/Partner Life Ins | 1.43 | 27.17 |
| Total: | 8.65 | 1,148.09 |

## Taxable Wages

| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 4,407.09 | 66,655.72 |
| Medicare - Taxable Wages | 4,407.09 | 66,655.72 |
| Federal Withholding - Taxable Wages | 4,228.65 | 63,282.16 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) |  |
| Allowances | 0 | 0 |
| Additional Withholding | 0 |  |

## Time Off

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| US - Occasional Illness | 3.08 | 0.00 | 71.40 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| Bank of America | Hannah's Bank | ******6620 | 2,446.64 | USD |
|  |  | Total: | 2,446.64 |  |

Payslip: Hannah Leath: 10/20/2024 (US Regular) - Complete

09:58 AM
11/18/2024
Page 1 of 2

# Bank of America

Payslip-10_25_2024.pdf

## Company Information

| Name | Address | Phone |
|---|---|---|
| Bank of America, National Association | 100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202<br>United States of America | + (800) 556 6044 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Hannah Rana | 29504097 | 10/07/2024 | 10/20/2024 | 10/25/2024 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,118.80 | 652.33 | 412.45 | 8.65 | 3,045.37 |
| YTD | 87,051.37 | 14,334.38 | 14,566.44 | 1,174.04 | 56,976.51 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Accr Stock Div Equivalent | | | | | 50.45 |
| *Backup Care Adv | 10/07/2024 - 10/20/2024 | 0.00 | 0.00 | 510.00 | 7,535.00 |
| Bereavement | | | | | 1,070.64 |
| Child Care Plus | 10/07/2024 - 10/20/2024 | 0.00 | 0.00 | 550.00 | 7,425.00 |
| *Dependent Care Taxable | 10/07/2024 - 10/20/2024 | 0.00 | 0.00 | 1,060.00 | 9,960.00 |
| *GTL Imputed | 10/07/2024 - 10/20/2024 | 0.00 | 0.00 | 4.18 | 91.12 |
| Holiday | 10/07/2024 - 10/20/2024 | 8.00 | 44.61 | 356.88 | 3,178.32 |
| Occasional Illness | | | | | 2,141.28 |
| Occasional Illness | | | | | 345.68 |
| Regular Earnings | 10/07/2024 - 10/20/2024 | 72.00 | 44.61 | 3,211.92 | 69,021.92 |
| RS Unit Vesting | | | | | 1,395.20 |
| Vacation Pay | | | | | 2,419.76 |
| Well Rewards | | | | | 3.12 |
| | | | Total: | 5,692.98 | 104,637.49 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 257.86 | 4,913.62 |
| Medicare | 60.30 | 1,149.15 |
| Federal Withholding | 94.29 | 8,503.67 |
| Total: | 412.45 | 14,566.44 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D Insurance | 0.54 | 11.80 |
| Pre-tax 401(k) | 178.44 | 3,908.88 |

Case 24-33887-swe7    Doc 8    Filed 12/03/24    Entered 12/03/24 13:39:40    Desc Main
Document    Page 6 of 8

Payslip: Hannah Leath: 10/20/2024 (US Regular) - Complete

09:58 AM
11/18/2024
Page 2 of 2

# Bank of America

| Description | Amount | YTD |
|---|---:|---:|
| Dental (Regular) | 55.07 | 1,211.54 |
| Health FSA | 117.31 | 2,580.82 |
| Medical (Regular) | 292.24 | 6,429.28 |
| Vision (Regular) | 8.73 | 192.06 |
| Total: | 652.33 | 14,334.38 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---:|---:|
| Child Life Insurance | 0.53 | 11.66 |
| GUOffsetWEL | | 2.20 |
| Pre-Paid Legal Plan (Regular) | 6.69 | 147.18 |
| RSU Vest Net | | 981.54 |
| Spouse/Partner Life Ins | 1.43 | 31.46 |
| Total: | 8.65 | 1,174.04 |

## Taxable Wages

| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 4,159.09 | 79,251.99 |
| Medicare - Taxable Wages | 4,159.09 | 79,251.99 |
| Federal Withholding - Taxable Wages | 3,980.65 | 75,343.11 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Time Off

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| US - Occasional Illness | 3.08 | 0.00 | 64.64 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| Bank of America | Hannah's Bank | ******6620 | 3,045.37 | USD |
| | | Total: | 3,045.37 | |

Payslip: Hannah Leath: 10/06/2024 (US Regular) - Complete

09:58 AM
11/18/2024
Page 1 of 2

# Bank of America

Payslip-10_11_2024.pdf

## Company Information

| Name | Address | Phone |
|---|---|---|
| Bank of America, National Association | 100 North Tryon Street Suite 170 Charlotte, NC 28202 United States of America | + (800) 556 6044 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Hannah Rana | 29504097 | 09/23/2024 | 10/06/2024 | 10/11/2024 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,393.80 | 652.33 | 547.27 | 8.65 | 3,185.55 |
| YTD | 82,932.57 | 13,682.05 | 14,153.99 | 1,165.39 | 53,931.14 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Accr Stock Div Equivalent | | | | | 50.45 |
| *Backup Care Adv | 09/23/2024 - 10/06/2024 | 0.00 | 0.00 | 921.00 | 7,025.00 |
| Bereavement | | | | | 1,070.64 |
| Child Care Plus | 09/23/2024 - 10/06/2024 | 0.00 | 0.00 | 825.00 | 6,875.00 |
| *Dependent Care Taxable | 09/23/2024 - 10/06/2024 | 0.00 | 0.00 | 1,746.00 | 8,900.00 |
| *GTL Imputed | 09/23/2024 - 10/06/2024 | 0.00 | 0.00 | 4.18 | 86.94 |
| Holiday | | | | | 2,821.44 |
| Occasional Illness | 09/30/2024 - 10/06/2024 | 8.00 | 44.61 | 356.88 | 2,141.28 |
| Occasional Illness | | | | | 345.68 |
| Regular Earnings | 09/23/2024 - 10/06/2024 | 72.00 | 44.61 | 3,211.92 | 65,810.00 |
| RS Unit Vesting | | | | | 1,395.20 |
| Vacation Pay | | | | | 2,419.76 |
| Well Rewards | | | | | 3.12 |
| | | | Total: | 7,064.98 | 98,944.51 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 300.40 | 4,655.76 |
| Medicare | 70.26 | 1,088.85 |
| Federal Withholding | 176.61 | 8,409.38 |
| Total: | 547.27 | 14,153.99 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D Insurance | 0.54 | 11.26 |
| Pre-tax 401(k) | 178.44 | 3,730.44 |

Payslip: Hannah Leath: 10/06/2024 (US Regular) - Complete

09:58 AM
11/18/2024
Page 2 of 2

# Bank of America

| Description | Amount | YTD |
|---|---:|---:|
| Dental (Regular) | 55.07 | 1,156.47 |
| Health FSA | 117.31 | 2,463.51 |
| Medical (Regular) | 292.24 | 6,137.04 |
| Vision (Regular) | 8.73 | 183.33 |
| Total: | 652.33 | 13,682.05 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---:|---:|
| Child Life Insurance | 0.53 | 11.13 |
| GUOffsetWEL | | 2.20 |
| Pre-Paid Legal Plan (Regular) | 6.69 | 140.49 |
| RSU Vest Net | | 981.54 |
| Spouse/Partner Life Ins | 1.43 | 30.03 |
| Total: | 8.65 | 1,165.39 |

## Taxable Wages

| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 4,845.09 | 75,092.90 |
| Medicare - Taxable Wages | 4,845.09 | 75,092.90 |
| Federal Withholding - Taxable Wages | 4,666.65 | 71,362.46 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Time Off

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| US - Occasional Illness | 3.08 | 8.00 | 61.56 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| Bank of America | Hannah's Bank | ******6620 | 3,185.55 | USD |
| | | Total: | 3,185.55 | |